UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

HAROLD E. CAMPBELL, JR.,

           Plaintiff,

v.                                               1:05-CV-1501
                                                            (GTS/GJD)
CONSOLIDATED RAIL CORP.; and
CSX TRANSPORTATION, INC.,

           Defendants.
_____

APPEARANCES:                                   OF COUNSEL:

HANNON & PALERMO, P.C.                DON P. PALERMO, ESQ.
  Counsel for Plaintiff                         GREGORY JOHN HANNON, ESQ.
150 South Independence Mall West
Philadelphia, PA  19106

HODGSON RUSS LLP                        NOREEN D. GRIMMICK, ESQ.
  Counsel for Defendants                   LAWRENCE R. BAILEY, JR., ESQ.
60 East 42nd Street, 37th Floor
New York, NY  10165

BURNS, WHITE & HICKTON, LLC        ANDREW M. SMALLEY, ESQ.
  Counsel for Defendants                   T.H. LYDA, ESQ.
106 Isabella Street
Four Northshore Center
Pittsburgh, PA  15212

GLENN T. SUDDABY, United States District Judge

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

      The Court having facilitated extensive settlement negotiations on 1/5/09 and 1/6/09 with counsel to the parties in this action, prior to jury selection, and the Court having been advised that the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be

discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Clerk shall serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated: January 6, 2009
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge