UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

HAROLD E. CAMPBELL, JR.,

            Plaintiff,

v.                                                                                  1:05-CV-1501
                                                                                    (GTS/GJD)
CONSOLIDATED RAIL CORP.; and
CSX TRANSPORTATION, INC.,

            Defendants.
_____

APPEARANCES:                                              OF COUNSEL:

HANNON & PALERMO, P.C.                                    DON P. PALERMO, ESQ.
  Counsel for Plaintiff                                  GREGORY JOHN HANNON, ESQ.
150 South Independence Mall West
Philadelphia, PA  19106

HODGSON RUSS LLP                                          NOREEN D. GRIMMICK, ESQ.
  Counsel for Defendants                                 LAWRENCE R. BAILEY, JR., ESQ.
60 East 42nd Street, 37th Floor
New York, NY  10165

BURNS, WHITE & HICKTON, LLC                               ANDREW M. SMALLEY, ESQ.
  Counsel for Defendants                                 T.H. LYDA, ESQ.
106 Isabella Street
Four Northshore Center
Pittsburgh, PA  15212

GLENN T. SUDDABY, United States District Judge

## AMENDED ORDER

      This matter was scheduled to go to trial on 1/6/09 in Syracuse, New York.  On the morning of the trial, counsel recommended settlement talks and the case settled shortly thereafter.  Accordingly, the Court thanked and dismissed the potential jurors.

Local Rule § 47.3 dictates that "[w]henever any civil action scheduled for trial is . . . settled . . . in advance of the actual trial, then, except for good cause shown, all juror costs, including marshal's fees, mileage and per diem, shall be assessed against the parties and/or their attorney's, unless the court and the clerk's office are notified at least one full business day prior to the day on which the action is scheduled for trial, in time to advise the jurors that is shall not be necessary for them to attend."

Here, the jurors could not be advised that their presence was not needed because this matter settled on the morning of the day the trial was scheduled. Finding no good cause to waive juror costs in this matter, and having calculated the costs to be $1,377.40, it is hereby:

**ORDERED**, that pursuant to Local Rule § 47.3, Defendants Consolidated Rail Corporation & CSX Transportation, Inc. are assessed $1,377.40 in juror costs. A check shall be made payable to Clerk, United States District Court.

Dated: January 12, 2009
 Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge